## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The property to be searched (SUBJECT PREMISES) is located at GPS Coordinates 38.9514N, 82.32603W, specifically the kennel structures and nearby surrounding land at the end of the rural driveway described below. The subject property lies on parcel numbers 01900169702 and 01900169703 as recorded with the Gallia County Ohio Auditor.

The driveway is west off of Scenic Drive, and lies approximately 0.3 miles north of the intersection of Scenic Dr. and Summit Rd., Gallia County, Ohio, as depicted in photograph #1.

The land to be searched is shown on the maps below, and lies to the north of Trailer #1 and to the west of Trailer #2, as depicted in photograph #2, and photograph #3. The trailers will not be searched. Photograph #4 depicts an aerial view of the kennel structures to be searched.

This search warrant authorizes the search for the items specified in Attachment B, that may be found on or within the SUBJECT PREMISES, to include: any kennel structures or other detached buildings, or any other areas located within the approximate boundaries as depicted in orange in photograph #2 and photograph #3; any vehicles on the SUBJECT PREMISES that Michael Valentine owns or has access to, to include the Chevy Tahoe and Dodge Truck described in the affidavit in support of the search warrant, which is incorporated herein by reference; and any cellphones, computers, or other electronic devices and/or media located in the vehicles or anywhere else within the SUBJECT PREMISES.



Gallia County Parcel Boundries (and approximate location of SUBJECT PREMISES)



Photograph #1 (driveway)



Photograph #2 (SUBJECT PREMISES, prior to construction of kennel or driveway)



Photograph #3 (SUBJECT PREMISES)



Photograph #4 (kennel structures)

3